[No. 8143–8–I.   Division One.   April 9, 1981.]

HARBOR INSURANCE COMPANY, *Respondent*, v. MISSION INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 839665, Horton Smith, J., entered October 22, 1979. *Reversed* and *remanded* by unpublished opinion per Williams, J., concurred in by Ringold, A.C.J., and Corbett, J.

[No. 7977–8–I.   Division One.   April 9, 1981.]

*In the Matter of the Marriage of* MARILYN J. BEACH, *Respondent, and* V. RAY BEACH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. D–111481, James W. Mifflin, J. Pro Tem., entered August 17, 1979. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Swanson and Durham, JJ.

[No. 7794–5–I.   Division One.   April 9, 1981.]

ROSA DELL YOUNG, *Appellant*, v. ODESSA PASCAL, ET AL, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 846648, Frank D. Howard, J., entered July 12, 1979. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold, A.C.J., and Durham, J.

[No. 4448–II.   Division Two.   April 9, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ERICKSON QUORP, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 71867, John W. Schumacher, J., entered December 7, 1979. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrie and Petrich, JJ.